FILED

08 MAR 25 PM 1:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury '08 CR 0877 JM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES CRYSTAL GARCIA,<br>Defendant. | Criminal Case No. ___________<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about February 27, 2008, within the Southern District of California, defendant JAMES CRYSTAL GARCIA did knowingly and intentionally import 50 kilograms and more, to wit: approximately 60.94 kilograms (134.07 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

WMC:nlv:Imperial
3/24/08

Count 2

On or about February 27, 2008, within the Southern District of California, defendant JAMES CRYSTAL GARCIA did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 60.94 kilograms (134.07 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 25, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
W. MARK CONOVER
Assistant U.S. Attorney