**KRIS J. KRAUS**
California Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. James Crystal Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES CRYSTAL GARCIA,<br>Defendant. | Case No. 08CR0877-JM<br><br>ACKNOWLEDGMENT OF NEXT COURT DATE |

I, James Crystal Garcia, hereby acknowledge that my next court date to appear in United States District Court for the Southern District of California before the Honorable Jeffrey T. Miller is June 6, 2008, at 11:00 a.m.

I declare that the foregoing is true and correct.

DATED: 4/22/08

James Garcia
JAMES CRYSTAL GARCIA
Defendant