**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. James Crystal Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v<br><br>JAMES CRYSTAL GARCIA,<br><br>Defendant. | Case No. 08CR0877-JM<br><br>DATE: JUNE 6, 2008<br>TIME: 11:0 a.m.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br>1) DISMISS INDICTMENT DUE TO UNCONSTITUTIONAL STATUTE; AND<br>2) DISMISS INDICTMENT FOR FAILURE TO ALLEGE *MENS REA* |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
JOSEPH ORABONA, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on June 6, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, defendant, James Crystal Garcia by and through his attorneys, Kris J. Kraus, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motion.

//

//

//

//

//

//

**MOTIONS**

Defendant, James Crystal Garcia, by and through his attorneys, Kris J. Kraus, and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

1) Dismiss Indictment Due to Unconstitutional Statute; and

2) Dismiss the Indictment for Failure to Allege *Mens Rea*..

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: MAY 23, 2008

/s/ Kris J. Kraus

**KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. James Crystal Garcia
Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Joseph Orabona
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: joseph.orabona@usdoj.gov

Dated: May 23, 2008

/s/ Kris J. Kraus
KRIS J. KRAUS
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: kris_kraus@fd.org