**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CRYSTAL GARCIA,<br><br>Defendant. | Case No. 08CR0877-JM<br><br>JOINT MOTION FOR ORDER TO CONTINUE MOTION HEARING |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Kris J. Kraus, and Federal Defenders of San Diego, counsel for Mr. Garcia, along with Assistant United States Attorney Joseph Orabona, that the motion hearing set for June 6, 2008 at 11:00 a.m. be continued until July 25, 2008 at 11:00 a.m.

Dated: June 4, 2008

/s/ Kris Kraus
**KRIS KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Garcia

Dated: June 4, 2008

/s/ Joseph Orabona
Joseph J.M. Orabona,
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Joseph J.M. Orabona,
Assistant United States Attorney
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-3445
Email: Joseph.Orabona@usdoj.gov

Dated: June 4, 2008

/s/ KRIS J. KRAUS
**KRIS J. KRAUS**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Kris.Kraus@fd.org