**KRIS J. KRAUS**
California Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. James Crystal Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES CRYSTAL GARCIA,<br>Defendant. | Case No. 08CR0877-JM<br><br>ACKNOWLEDGMENT OF NEXT COURT DATE |

I, James Crystal Garcia, hereby acknowledge that my next court date to appear in United States District Court for the Southern District of California before the Honorable Jeffrey T. Miller is July 25, 2008 at 11:00 a.m.

I declare that the foregoing is true and correct.

DATED: 6/5/08

JAMES CRYSTAL GARCIA
Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Joseph J.M. Orabona,
Assistant United States Attorney
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-3445
Email: Joseph.Orabona@usdoj.gov

Dated: June 5, 2008

/s/ KRIS J. KRAUS
**KRIS J. KRAUS**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Kris.Kraus@fd.org