UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0877-JM |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO CONTINUE MOTION HEARING** |
| JAMES CRYSTAL GARCIA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that for good cause, the motion hearing in the above-mentioned case, currently set for June 6, 2008 at 11:00 a.m. be continued until *July 25, 2008 at 11:00 a.m.*

**SO ORDERED.**

DATED:   June 5, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge