UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0877-JM |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER DENYING MOTION FOR AN ORDER RELEASING CRIMINAL HISTORY DOCUMENTS [Docket 41] |
| JAMES CRYSTAL GARCIA, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Defendant's Motion for an Order Releasing Criminal History Documents [Docket No. 41] is hereby DENIED without prejudice.

IT IS SO ORDERED.

DATED: January 5, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge