UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  08CR0877-JM |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| JAMES CRYSTAL GARCIA, | ) ) | [Docket 45] |
| Defendant. | ) ) | |

Upon the joint motion of the parties and for good cause shown, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above entitled case, currently set for January 16, 2009 at 9:00 a.m. be continued until *February 6, 2009 at 9:00 a.m.*

**SO ORDERED.**

DATED:   January 14, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge